IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYES DIVISION/IBT,<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD,<br><br>Defendant. | **8:17CV269**<br><br>**PROGRESSION ORDER** |

This case involves the enforcement of an arbitration award. Based on the parties' Rule 26(f) Report, ([Filing No. 18](#)), the Court's review of this case will be limited to that sole issue and will be resolved by cross-motions for dismissal,

Accordingly,

IT IS ORDERED:

1) This case will be resolved by cross-motions for dismissal.

   a. The deadline for Plaintiff's motion for summary judgment is November 13, 2017. Defendant's responding brief shall be filed on December 14, 2017. Plaintiff's reply brief in support shall be filed by January 3, 2018.

   b. The deadline for Defendant's cross motion for dismissal is December 14, 2017. Plaintiff's responding brief shall be filed by January 3, 2018. Defendant's reply brief shall be filed on January 24, 2018.

Dated this 13th day of November, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge